# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1761
_____

United States of America

*Plaintiff - Appellee*

v.

Saheed B. Dairo, also known as Olawole B. Ibukun, also known as Baba, also known as Aaron

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: June 9, 2025
Filed: July 23, 2025
[Unpublished]
_____

Before LOKEN, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Saheed B. Dairo pleaded guilty to one count of bank fraud, 18 U.S.C. §§ 2 and 1344, and one count of aggravated identity theft, 18 U.S.C. §§ 2 and

1028A(a)(1).  The district court[1] sentenced him to 151 months in prison for bank fraud and 24 months in prison for aggravated identity theft, to run consecutively. See § 1028A(a)(1) and (b)(2) (requiring the 24-month sentence run consecutive).

Dairo challenges the substantive reasonableness of his sentence, but he waived his right to appeal his sentence in his plea agreement.  "At the change-of-plea hearing, the district court confirmed that [Dairo] had reviewed the plea agreement with counsel prior to signing it.  It also confirmed [Dairo]'s understanding of the appeal waiver."  United States v. Guzman, 707 F.3d 938, 942 (8th Cir. 2013). Because "the appeal falls within the scope of the waiver and . . . both the waiver and plea agreement were entered into knowingly and voluntarily," id. (quoting United States v. Andis, 333 F.3d 886, 889–90 (8th Cir. 2003) (en banc)), we dismiss Dairo's appeal.

_____

---

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.